UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-21522-CIV-MARTINEZ

ANTHONY DIFIORE,

    Plaintiff,

v.

ALCO WINDOWS AND DOORS LLC,

    Defendant.

_____/

### FINAL ORDER OF DISMISSAL

**THIS MATTER** came before this Court on the Parties' Joint Stipulation of Dismissal (the "Joint Stipulation"), (ECF No. 27). This Court has reviewed the Joint Stipulation and pertinent portions of the record and is otherwise fully advised in the premises. Accordingly, it is:

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE.** All pending motions in this case are **DENIED** as **MOOT**, and this case is **CLOSED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31 day of January, 2024.

                                                                               _____
                                                                               JOSE E. MARTINEZ
                                                                               UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record